**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Rupari Holding Corp.   District of Delaware
                                (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Rupari Holding Corp.

2. **All other names debtor used in the last 8 years**  None

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  45-2474943

4. **Debtor's address**

   **Principal place of business**
   1209   Orange Street
   Number   Street

   Wilmington   DE   60473
   City   State   ZIP Code

   County

   **Mailing address, if different from principal place of business**
   15600   South Wentworth Ave.
   Number   Street

   P.O. Box

   South Holland   IL   60473
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City   State   ZIP Code

5. **Debtor's website** (URL)   http://www.rupari.com/

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Rupari Holding Corp.
_____
Name

Case number (if known)_____

### 7. Describe debtor's business

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3 1 1 1

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check all that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
        District _____  When _____  Case number _____
                                       MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See Rider 1                        Relationship  Affiliate
        District  Delaware                         When  04/09/2017
                                                         MM / DD / YYYY
        Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor  Rupari Holding Corp.  Case number (if known) _____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number       Street

_____
City                          State     ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☒ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   Rupari Holding Corp.
        Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☑ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☑ I have been authorized to file this petition on behalf of the debtor.
- ☑ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/10/2017
             MM / DD / YYYY

X _/s/ Jack Kelly_
Signature of authorized representative of debtor

Jack Kelly
Printed name

Title CEO

**18. Signature of attorney**

X _/s/ R. Craig Martin_
Signature of attorney for debtor

Date 04/10/2017
     MM / DD / YYYY

R. Craig Martin
Printed name

DLA Piper LLP (US)
Firm name

1201 North Market Street - Suite 2100
Number   Street

Wilmington                                    DE        19801
City                                          State     ZIP Code

302-368-5700                           craig.martin@dlapiper.com
Contact phone                          Email address

5032                                   Delaware
Bar number                             State

Fill in this information to identify the case and this filing:

Debtor Name  Rupari Holding Corp.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (*If known*):_____

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of their cases with the lead case number assigned to the chapter 11 case of Rupari Holding Corp.

- Rupari Holding Corp.
- Rupari Food Services, Inc.

## OFFICER'S CERTIFICATE

Dated: April 10, 2017

The undersigned, Jack Kelly of Rupari Holding Corp., a Delaware corporation (the "Company"), does hereby certify the following at and as of the date hereof:

(i)     attached as Annex A hereto is a true, correct and complete copy of the resolutions (the "Resolutions") adopted by written consent on April 10, 2017;

(ii)    such Resolutions were adopted by the Company in accordance with the terms of the Company's bylaws; and

(iii)   such Resolutions have not been amended, modified or rescinded since adopted, and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

_____
Name:  Jack Kelly
Title:  CEO

# ANNEX A

EAST\141452291.2

**WRITTEN CONSENT OF
THE SPECIAL COMMITTEE OF
RUPARI HOLDING CORP.**

The directors of Rupari Holding Corp., a Delaware corporation (the "Company"), pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, DO HEREBY CONSENT to the adoption of, and DO HEREBY ADOPT, the following resolutions:

**WHEREAS**, upon careful consideration and after seeking alternative solutions, the following resolutions are adopted and recorded in the minute book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

**RESOLVED**, that it is desirable and in the best interests of the Company, its direct subsidiary, namely Rupari Food Services, Inc. (the subsidiary together with the Company, the "Rupari Entities"), their creditors, shareholders, employees and other interested parties, to file voluntary petitions (each, a "Petition," and together, the "Petitions") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the same is hereby authorized and approved; and it is further,

**RESOLVED**, that on April 3, 2017, the Company formed a special committee of independent directors of the Rupari Entities (the "Special Committee") and appointed Matthew Ray and Robert Kopriva to serve as members of the Special Committee (the "Independent Directors") in order to maintain independent fiduciary oversight on behalf of the Rupari Entities.

**RESOLVED**, that the Independent Directors hereby direct, empower, and authorize Jack Kelly and Micah Valine ( together the "Officers," and each an "Authorized Signatory," and together, the "Authorized Signatories") be, and the Officers are hereby authorized, empowered and directed, in the name and on behalf of the Company to prepare, execute and verify the Petition in such form as the officer executing the same shall deem appropriate and as required by law and to file such Petition, thereby commencing the chapter 11 case in the Bankruptcy Court together with such statements, schedules, exhibits and reports as may be required from time to time by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or court order, and to prepare and execute all other papers and take all other actions necessary or appropriate in connection with the Company's chapter 11 case, or any superseding or other bankruptcy case; and it is further,

**RESOLVED**, that the Company shall be, and hereby is, authorized to, in the name of and on behalf of the Company to: (a) borrow funds from, provide guarantees to and undertake related financing transactions, including the use of cash collateral (collectively, the "Financing Transactions"), with such lenders and on such terms as may be approved by any one or more of the Authorized Signatories, as reasonably necessary for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Company's assets, as may be deemed necessary by any one or more of the Authorized Signatories in connection with such borrowings; and it is further,

**RESOLVED**, that (a) the Authorized Signatories shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of and on behalf of the Company to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Authorized Signatories may deem necessary or appropriate to facilitate the Financing Transactions, including, without limitation, any amendments, modifications, supplements, waivers or other appropriate supplemental documentation relating thereto (collectively, the "Financing Documents"); (b) execution and delivery of the Financing Documents by any Authorized Signatories containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Signatories shall be conclusive evidence of the approval of such Financing Documents by the Company and this Board of Directors; and (c) the actions of any Authorized Signatories taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by the Company and this Board of Directors; and it is further,

**RESOLVED**, that it is desirable and in the best interests of the Rupari Entities to sell substantially all of their assets and, therefore, the Company is hereby authorized to enter into an asset purchase agreement (the "APA") with Carl Buddig & Co. ("Buddig") containing the terms of a "stalking horse" bid (the "Stalking Horse APA"), and the Company is further authorized to file a motion to approve such sale and for any related relief, or to approve such sale to a higher and better bidder, and to close such sale, subject to Bankruptcy Court approval in the Rupari Entities' chapter 11 cases; and it is further,

**RESOLVED**, that the law firm of DLA Piper LLP (US) shall continue to be, and hereby is, engaged under Section 327(a) of the Bankruptcy Code as counsel for the Rupari Entities, subject to any requisite approval of the Bankruptcy Court; and it is further,

**RESOLVED**, that the financial advisory and investment banking firm, Kinetic Advisors LLC, shall continue to be, and hereby is, engaged to provide financial advisory and investment banking services under Section 327(a) of the Bankruptcy Code for the Rupari Entities, subject to any requisite approval of the Bankruptcy Court; and it is further,

**RESOLVED**, that each Authorized Signatory is hereby severally authorized, directed and empowered, in the name of and on behalf of the Company, to execute, verify and cause to be filed, requests for first-day relief from the Bankruptcy Court that such Authorized Signatory may deem necessary, proper, or desirable in connection with the Petitions, with a view to the successful prosecution thereunder; and it is further,

**RESOLVED**, that each Authorized Signatory is hereby severally authorized, directed and empowered, in the name of and on behalf of the Company, (a) to take or cause to be taken any and all actions, and to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (b) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (c) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions

contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Signatory to be conclusive evidence of such approval; and it is further,

**RESOLVED**, that each Authorized Signatory is hereby severally authorized, directed and empowered to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Signatory shall be necessary, proper and desirable to prosecute to a successful completion the Rupari Entities' chapter 11 cases or modify the obligations, organizational form and structure, or ownership of the Company consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, such Authorized Signatory's authority thereunto to be evidenced by the taking of such actions; and it is further,

**RESOLVED**, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Company by any Authorized Signatory prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved.

|        |                          |
|--------|--------------------------|
| Name:  | Matthew Ray              |
| Title: | Special Committee Member |
| Date:  | April 10, 2017           |

|        |                          |
|--------|--------------------------|
| Name:  | Robert Kopriva           |
| Title: | Special Committee Member |
| Date:  | April 10, 2017           |

contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Signatory to be conclusive evidence of such approval; and it is further,

**RESOLVED**, that each Authorized Signatory is hereby severally authorized, directed and empowered to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Signatory shall be necessary, proper and desirable to prosecute to a successful completion the Rupari Entities' chapter 11 cases or modify the obligations, organizational form and structure, or ownership of the Company consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, such Authorized Signatory's authority thereunto to be evidenced by the taking of such actions; and it is further,

**RESOLVED**, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Company by any Authorized Signatory prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved.

| | |
|---|---|
| Name: | Matthew Ray |
| Title: | Special Committee Member |
| Date: | April 10, 2017 |

*/s/ Robert Kopriva*

| | |
|---|---|
| Name: | Robert Kopriva |
| Title: | Special Committee Member |
| Date: | April 10, 2017 |

Fill in this information to identify the case and this filing:

Debtor Name  Rupari Holding Corp.

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/10/2017
MM / DD / YYYY

X _/s/ Jack Kelly_____
Signature of individual signing on behalf of debtor

Jack Kelly
Printed name

CEO
Position or relationship to debtor

Debtor Name: Rupari Holding Corp.

Case number (if known) _____

**Fill in this information to identify the case:**

Debtor name: Rupari Holding Corp.

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Danish Crown<br>100 Southgate Parkway<br>Morristown, NJ 07962 | Preben Sunke<br>CFO<br>458-919-1650<br>psu@danishcrown.dk<br><br>Counsel for Danish Crown in the US:<br><br>Represented by:<br>Michael L. Rich, Esq.<br>973-538-4006<br>mlrich@pbnlaw.com<br><br>Joseph G. Dolan, Esq.<br>973-538-4006<br>jgdolan@pbnlaw.com<br><br>Peter J. Gallagher, Esq.<br>(973) 889-4147<br>pjgallagher@pbnlaw.com | Legal Settlement | | | | $1,200,000.00 |
| 2 | Cook County Treasurer's Office<br>118 North Clark St.<br>Room 112<br>Chicago, IL 60602 | Maria Pappas<br>Treasurer<br>312-443-510<br>mpappa@cookcountytreasurer.com | Property Taxes | | | | $1,358,584.00 |

Debtor Name: **Rupari Holding Corp.**    Case number *(if known)*_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 3 | Canammeats<br>6905 Kendary Gate, Unit 2&3, Mississauga<br>ON L5T 2Y8, Canada | Tim Brochu<br>Executive Director<br>905-949-8882<br>tbrochu@canammeats.com | Trade Payable | | | | $809,982.56 |
| 4 | Mullins Food Products<br>2200 South 25th Avenue<br>Broadview, IL 60155 | Sherri Gibbs<br>CSR<br>708-344-3224<br>sgibbs@mullinsfood.com | Trade Payable | | | | $304,078.67 |
| 5 | Nicholl Food Packaging<br>Walkmill Lane Cannoc<br>Staffordshire WS11 OXA<br>England, UK | Tom Ream<br>Regional Manager<br>44(0)1543460600<br>tom@drbsales.com | Trade Payable | | | | $125,413.00 |
| 6 | Elitestaffing<br>1400 W. Hubbard St. 2nd Floor<br>Chicago, IL 60642 | Kevin Johnson<br>Senior Vice President<br>773-235-3000<br>kevin@elitestaffinginc.com | Trade Payable | | | | $108,527.61 |
| 7 | Tone Products, Inc<br>2129 North 15th Ave.<br>Melrose Park, IL 60160 | Traci Dittemore<br>Customer Service<br>708-681-3660<br>traci@toneproducts.com | Trade Payable | | | | $92,234.00 |
| 8 | Mid-America Energy Services<br>PO Box 8019<br>Davenport, IA 52808-8019 | Paula Purcel, CEP<br>Supervisor, Account Management & Customer Retention<br>563-333-8757<br>ppurcell@midamericanenergyservices.com | Utility | | | | $88,588.27 |
| 9 | Dreamworks Graphic Communications, LLC<br>2323 Ravine Way<br>Glenview, IL 60025 | Steve Sawtell<br>Account Executive<br>847-679-6717<br>ssawtell@dreamworksgc.com | Trade Payable | | | | $66,103.19 |
| 10 | RSM US LLP<br>One South Wacker Drive, Suite 800 Chicago, IL 60606 | Joseph M. Adams<br>Managing Partner & CEO<br>312-634-3400 | Trade Payable | | | | $66,092.57 |
| 11 | DuPuis<br>One South Wacker Drive, Suite 800 Chicago, IL 60606 | John Silva<br>President and Senior Creative Director<br>312-634-3400 | Trade Payable | | | | $63,293.00 |
| 12 | Asenzya, Inc<br>7616 South Sixth Street, PO Box 109 Oak Creek, WI 53154 | Patty Gotto<br>President and CEO<br>1-800-558-6030<br>email@asenzya.com | Trade Payable | | | | $60,154.59 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

EAST\141452291.4

Debtor Name    **Rupari Holding Corp.**    Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | GC Metrics, Inc<br>334 Underhill Avenue<br>Yorktown Heights, NY 10598 | James Guttormsen<br>President<br>914-455-3609<br>nguttormsen@gcmetrics.com | Trade Payable | | | | $53,000.00 |
| 14 | Packaging Corporation of America<br>5230 Roosevelt Road<br>Chicago, Il 60644 | Mark W. Kowlzan<br>Chairman and CEO<br>773-378-8700 | Trade Payable | | | | $46,743.60 |
| 15 | Advantage Packaging<br>12301 New Ave Ste A.<br>Lemont, IL 60439 | John Fell<br>Owner<br>630-755-4218 | Trade Payable | | | | $46,035.30 |
| 16 | Cintas<br>PO Box 631025<br>Cincinnati, OH 45263 | Michelle Maguschak McCready<br>847-228-3970<br>maguschakm@cintas.com | Trade Payable | | | | $33,912.16 |
| 17 | Greenwood Associates<br>6280 West Howard Street<br>Niles, IL 60714 | Libby Caradonna<br>847-242-7900<br>libby@greenwoodassociates.com | Trade Payable | | | | $32,903.68 |
| 18 | American Express<br>P.O. Box 981531<br>El Paso, TX 79998-151 | N/A<br>1-800-525-3355<br>http://americanexpress.com | Trade Payable | | | | $30,552.1 |
| 19 | Wetsoka Packaging Distributors<br>1099 Lunt Avenue<br>Elk Grove, IL 60007 | Bob Wetoska<br>Chairman<br>847-437-6100<br>info@wetoska.com | Trade Payable | | | | $27,397.28 |
| 20 | Sunshine Logistics<br>PO Box 1673<br>Melrose Park, IL 60161 | Marina Ricciardi<br>1-708-216-0200 ext 201<br>mriciardi@suntruck.com | Trade Payable (Freight) | | | | $25,880.01 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
    RUPARI HOLDING CORP., *et al.*,[1]          : Case No. 17-_____ (___)
                                                :
              Debtors.                          : (Joint Administration Requested)
---------------------------------------------------------------x

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporate entities/individuals own more than 10% of the Debtor.

| Shareholder | Percentage of Total Shares |
|---|---|
| RFG Holdings, LLLP | 100% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rupari Holding Corp. (4943) and Rupari Food Services, Inc. (7933). The mailing address for the Debtors is 15600 Wentworth Avenue, South Holland, Illinois 60473.

EAST\141452291.2

Fill in this information to identify the case and this filing:

Debtor Name  Rupari Holding Corp.

United States Bankruptcy Court for the  District of Delaware
(State)

Case number (*If known*):

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ *Other document that requires a declaration*  Statement of Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/10/2017
MM / DD / YYYY

X  /s/ Jack Kelly
Signature of individual signing on behalf of debtor

Jack Kelly
Printed name

CEO
Position or relationship to debtor

Official Form 202                                                        Declaration Under Penalty of Perjury for Non-Individual Debtors
EAST\141452291.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                         :

In re:                                              : Chapter 11
                                         :
          RUPARI HOLDING CORP., *et al.*,[1]    : Case No. 17-_____ (___)
                                         :
                  Debtors.                  : (Joint Administration Requested)
---------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), Rupari Holding Corp. hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage of Interests Held |
|---|---|
| RFG Holdings LLLP<br>1209 Orange Street<br>Wilmington, Delaware 19801 | 100% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rupari Holding Corp. (4943) and Rupari Food Services, Inc. (7933). The mailing address for the Debtors is 15600 Wentworth Avenue, South Holland, Illinois 60473.

EAST\141452291.2

Fill in this information to identify the case and this filing:

Debtor Name  **Rupari Holding Corp.**

United States Bankruptcy Court for the: **District of Delaware**
(State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐  Schedule H: Codebtors (Official Form 206H)

☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule _____

☐  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒  Other document that requires a declaration  **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/10/2017__  
MM / DD / YYYY

X _____  
Signature of individual signing on behalf of debtor

Jack Kelly  
Printed name

CEO  
Position or relationship to debtor