**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Rupari Holding Corp. | : | Case No. 17-10793 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **GC Metrics**, Attn: Jim Guttormsen, 343 Underhill Avenue, Yorktown Heights, NY 10598, Phone: 914-455-3603; Fax: 914-455-3601

2.     **Danish Crown USA, Inc.**, Attn: Stig Kjaeroe, 200 South Avenue East, Cranford, NJ 07016, Phone: 908-931-9733, Fax: 908-931-9747

3.     **Packaging Corporation of America,** Attn: Karen McGill, 1955 W. Field Ct., Lake Forest, IL 60045, Phone: 847-482-2959, Fax: 847-440-5496


                          ANDREW R. VARA
                          Acting United States Trustee, Region 3


                          /s/ David L. Buchbinder for
                          T. PATRICK TINKER
                          ASSISTANT UNITED STATES TRUSTEE

DATED: April 20, 2017

Attorney assigned to this Case: David L. Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Maris Kandestin, Esq., Phone: 302-468-5700, Fax: 302-468-5655