**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RUPARI HOLDING CORP., *et al.*,[1] | : | Case No. 17-10793 (KJC) |
| Debtors. | : | (Jointly Administered) |

***AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 24, 2017 AT 1:30 P.M. (ET)[3]**

**RESOLVED MATTERS:**

1. Application of the Official Committee of the Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel Effective as of April 20, 2017 [Docket No. 116; Filed 5/2/17].

   **Response Deadline:** May 16, 2017 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Certification of Counsel Regarding Application of the Official Committee of the Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel Effective as of April 20, 2017 [Docket No. 176; Filed 5/17/17].

   B. Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of April 20, 2017 [Docket No. 178; Filed 5/18/17].

   **Responses Received:**

   A. Informal comments from the U.S. Trustee.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rupari Holding Corp. (4943) and Rupari Food Services, Inc. (7933). The mailing address for the Debtors is 15600 Wentworth Avenue, South Holland, Illinois 60473.

[2] Amended items appear in **BOLD**.

[3] Parties who are unable to attend the hearing may participate by telephone by contacting CourtCall, an independent conference call company, at 866-582-6878. Please refer to the Court's website at deb.uscourts.gov (in the "General Information under the Judges' Info" section) for complete information and instructions.

**Status:** The Court has entered an order in connection with this matter. No hearing is necessary.

2. Application for an Order Authorizing the Retention and Employment of CohnReznick LLP as Financial Advisors and CohnReznick Capital Market Securities, LLC as Investment Banker to the Official Committee of the Unsecured Creditors *Nunc Pro Tunc* to April 20, 2017 [Docket No. 117; Filed 5/2/17].

**Response Deadline:** May 16, 2017 at 4:00 p.m. (ET).

**Related Documents:**

A. Certification of Counsel Regarding Application for an Order Authorizing the Retention and Employment of CohnReznick LLP as Financial Advisors and CohnReznick Capital Market Securities, LLC as Investment Banker to the Official Committee of the Unsecured Creditors *Nunc Pro Tunc* to April 20, 2017 [Docket No. 177; Filed 5/17/17].

B. Order Authorizing the Retention and Employment of CohnReznick LLP as Financial Advisors and CohnReznick Capital Market Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to April 20, 2017 [Docket No. 179; Filed 5/18/17].

**Responses Received:**

A. Informal comments from the U.S. Trustee.

**Status:** The Court has entered an order in connection with this matter. No hearing is necessary.

3. Application of the Official Committee of the Unsecured Creditors of Rupari Holding Corp., *et al.* for Entry of an Order Authorizing the Employment and Retention of Whiteford, Taylor & Preston LLC as Delaware Counsel, *Nunc Pro Tunc* to April 20, 2017 [Docket No. 122; Filed 5/3/17].

**Response Deadline:** May 17, 2017 at 4:00 p.m. (ET).

**Related Documents:**

A. Certificate of No Objection Regarding Application of the Official Committee of the Unsecured Creditors of Rupari Holding Corp., *et al.* for Entry of an Order Authorizing the Employment and Retention of Whiteford, Taylor & Preston LLC as Delaware Counsel, *Nunc Pro Tunc* to April 20, 2017 [Docket No. 183; Filed 5/18/17].

B. Order Authorizing the Application of the Official Committee of Unsecured Creditors of Rupari Holding Corp., *et al.*, for Entry of an Order Authorizing the

Employment and Retention of Whiteford, Taylor & Preston LLC as Delaware Counsel *Nunc Pro Tunc* to April 20, 2017 [Docket No. 186; Filed 5/19/17].

**Responses Received:**

A. Informal comments from the U.S. Trustee.

**Status:** The Court has entered an order in connection with this matter. No hearing is necessary.

**MATTERS GOING FORWARD**

4. Motion of the Debtors for Entry of Order Approving Debtors' Key Employee Incentive and Key Employee Retention Plan [Docket No. 118; Filed 5/2/17].

**Response Deadline:** May 19, 2017 at 4:00 p.m. (ET); extended for the Committee, Antares, and the U.S. Trustee through May 22, 2017, with permission of the Court.

**Related Documents:**

A. [SEALED] Exhibit B (Portion) To The Debtors Motion For Entry Of An Order Approving Debtors Key Employee Incentive And Key Employee Retention Plan [Docket No. 120; Filed 5/2/17].

**Responses Received:**

1. **Objection of Antares Capital LP, as Agent, to Motion of the Debtors for Entry of an Order Approving Debtors' Key Employee Incentive and Key Employee Retention Plan [Docket No. 200; Filed 5/22/17].**

2. **Objection Of The United States Trustee To The Motion Of The Debtors For Entry Of An Order Approving Debtors' Key Employee Incentive And Key Employee Retention Plan [Docket No. 201; Filed 5/22/17].**

3. **Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of an Order Approving Key Employee Incentive Plan and Key Employee Retention Plan [Docket No. 204; Filed 5/22/17].**

**Status:** This matter is going forward.

5. Motion of the Debtors for Entry of Order Authorizing the Debtors to File Under Seal Exhibit B to the Debtors' Motion for Entry of Order Approving Debtors' Key Employee Incentive and Key Employee Retention Plan [Docket No. 119; Filed 5/2/17].

**Response Deadline:** May 19, 2017 at 4:00 p.m. (ET).

**Related Documents:**

A. [SEALED] Exhibit B (Portion) To The Debtors Motion For Entry Of An Order Approving Debtors Key Employee Incentive And Key Employee Retention Plan [Docket No. 120; Filed 5/2/17].

**Responses Received:** None.

**Status:** This matter is going forward.

Dated: May 23, 2017
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (DE 5032)
Maris J. Kandestin (DE 5294)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@dlapiper.com
maris.kandestin@dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
John K. Lyons (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: richard.chesley@dlapiper.com
john.lyons@dlapiper.com

*Attorneys for Debtors and Debtors in Possession*